# EXHIBIT C

# ARONSOHN WEINER & SALERNO

A Professional Corporation
COUNSELLORS AT LAW

263 MAIN STREET
HACKENSACK, NEW JERSEY 07601

RICHARD H. WEINER
GERALD R. SALERNO
KEVIN BREMER†∗

Telephone: (201) 487-4747
Facsimile: (201) 487-7601
www.aronsohnweinersalerno.com
email@aronsohnweiner.com

MARIE L. NAPOLIELLO
CRAIG L. LEVINSOHN†
FRED BICKNESE
LUTHER G. JONES IV
ALEXANDRA COGLIANESE

RICHARD F. ARONSOHN
(1938-1996)

∗ Certified Criminal Trial Attorney
† also a member of New York Bar

August 5, 2011

<u>**VIA REGULAR AND CERTIFIED MAIL**</u>
Rosmar Industries, L.L.C.
P.O. Box 1009
East Orange, New Jersey 07109

Attention:   Jose B. Martinez
             Managing Member

Re:  Mariner's Bank to Rosmar Industries, L.L.C.
     P/A:  474-476 Irvine Turner Boulevard, New Jersey

Dear Mr. Martinez:

This letter is to inform you that due to your failure to cure the default that you were previously notified of on June 29, 2011, on this date a deed conveying the premises to Mariner's Bank, being held in escrow in accordance with the Modification and Forebearance Agreement dated April 30, 2011, was filed with the Essex County Register's Office.

Please be guided accordingly.


Please be guided accordingly.

Very truly yours,

ARONSOHN WEINER & SALERNO

By: /s/ Gerald R. Salerno
     /GERALD R. SALERNO

GRS/blf
cc:  Edward S. Seradzky, Esq. (via fax:973-748-3170)
     Jose B. Martinez (via regular and certified)
     Jose Rosario (via regular and certified)
     Albania Martinez (via regular and certified)
     Mariner's Bank, Donald Estes, Sr. Vice President



# Mariner's Bank

June 16, 2011

Rosmar Industries I, LLC
C/o Jose Rosario-Managing Member
PO Box 1009
East Orange, New Jersey 07019

                         Re: Rosmar Industries, LLC
                             474-473 Irvine Turner Blvd
                             Newark, New Jersey
                             Loan # 4010007030

Dear Mr. Rosario:

     As the managing member of the above captioned property and Company, this is to advise you that the June 01, 2011 interest & tax escrow payment is now past due as the close of business on June 15, 2011.

     According to the terms of the recently executed modification and forbearance agreement, this is to advise you that you have thirty (30) days from this day to cure the deficiency. If the deficiency is not cured to the satisfaction of the Bank, Mariner's Bank will exercise all of its rights under the forbearance agreement.

Sincerely,

Robert L. Cusick
First Vice President
Mariner's Bank


C/C: Albania Martinez, Jose B. Martinez, Roselies Rosario, Edward S. Seradzky, Esq.