# EXHIBIT E



# Moritt Hock & Hamroff LLP
ATTORNEYS AT LAW

**Marc L. Hamroff**
Partner
Email: mhamroff@moritthock.com

September 7, 2011

**VIA FACSIMILE and**
**FEDERAL EXPRESS**
Joshua N. Bleichman, Esq.
Bleichman & Klein
268 West Route 59
Spring Valley, NY 10977

Re:   474-476 Irvine Turner Boulevard, Newark, New Jersey
      75 North Walnut Street, East Orange, New Jersey

Dear Joshua:

    Our office represents Mariner's Bank ("Mariner's") in connection with the recent bankruptcy filing of Rosmar Industries, LLC ("Rosmar") and DMR Properties, LLC ("DMR" and together with Rosmar, the "Affiliated Debtors"). I write you specifically in connection with the above-referenced properties (together, the "Properties"). By Deeds recorded on August 17, 2011, title to the Properties was transferred to Mariner's Bank in accordance with the terms of those certain Modification and Forbearance Agreements dated as of April 30, 2011 (the "Forbearance Agreements"), each as executed by the Affiliated Debtors. The Deeds evidencing the title transfers are attached hereto for your reference. It is axiomatic that property which was conveyed by the debtor prepetition and in which the debtor lacks any legal or equitable interest postpetition is not property of the estate under Section 541 of the Bankruptcy Code and, therefore, not subject to the automatic stay provisions of the Bankruptcy Code. *See* 11 U.S.C. §§ 362; 541.

    We understand that your office represents the Affiliated Debtors in connection with their recent voluntary Chapter 11 petitions filed in the United States Bankruptcy Court for the Eastern District of New York.[1] By virtue of the Deeds (as referenced above and attached hereto), Mariner's is the current *owner* of the Properties.

---

[1]    We are still investigating the basis for venue of the bankruptcy filings in the Eastern District of New York as it appears that the Locust Valley, New York address listed in the voluntary petitions is that of a law firm.



Joshua N. Bleichman, Esq.
Page 2 of 2
September 7, 2011

   The Affiliated Debtors are substantially interfering with Mariner's ownership, use, possession and control of the Properties. In this regard, I am advised that the Affiliated Debtors recently changed the locks to the Properties and have interfered with Mariner's collection of rents at the Properties. Demand is hereby made upon each of the Affiliated Debtors to immediately surrender possession of the Properties to Mariner's and for turnover of any and all rents collected between August 17, 2011 and the date hereof. Demand is further made for an immediate accounting of all monies collected and paid by the Affiliated Debtors at the Properties between April 30, 2011 and the date hereof. Absent timely compliance with the demands made herein, Mariner's will have no choice but to proceed to enforce its rights and remedies through litigation in court(s) of competent jurisdiction.

              Sincerely,

              MARC L. HAMROFF

Encl.

cc:  Gerald R. Salerno, Esq.
    Donald Estes

252010v1

| RECORDING INFORMATION SHEET | ESSEX COUNTY REGISTER'S OFFICE<br>HALL OF RECORDS, ROOM 130<br>465 MARTIN LUTHER KING Jr. Blvd<br>NEWARK NJ 07102 | |
|---|---|---|
| **INSTRUMENT NUMBER:**<br>**11058542** | **DOCUMENT TYPE:**<br>**DEED** | |
| Official Use Only | Return Address *(for recorded documents)*<br>ARONSOHN WEINER & SALERNO<br>263 MAIN STREET<br>HACKENSACK NJ 07601 | |
| PHILIP THIGPEN, REGISTER<br>ESSEX COUNTY, NJ<br>INSTRUMENT NUMBER<br>11058542<br>RECORDED ON<br>August 17, 2011  12:42 pm<br>BOOK:12323  PAGE:8590<br>LJ | | |
| | No. Of Pages *(excluding Summary Sheet)* | 5 |
| | Recording Fee *(excluding Transfer Tax)* | $80.00 |
| | Realty Transfer Tax | $0.00 |
| | Amount Charged    (Check # 3682) | $80.00 |
| CONSIDERATION (E) $1.00 | Municipality | NEWARK |
| MAIL COPY _____<br>NO COPY _____<br>ENVELOPE _____ | Parcel Information | Block    2702<br>Lot    7 |
| | First Party Name | ROSMAR INDUSTRIES LLC |
| | Second Party Name | MARINIERS BANK |
| ADDITIONAL STAMPINGS _____ | Additional Information (Official Use Only) | |

***************************** DO NOT REMOVE THIS PAGE. *****************************
COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF ESSEX COUNTY FILING RECORD
******************** RETAIN THIS PAGE FOR FUTURE REFERENCE. ********************

Prepared By:
_____
Gerald R. Salerno, Esq.

## DEED IN LIEU OF FORECLOSURE

THIS INDENTURE, dated this 19th day of May, 2011

Made by **ROSMAR INDUSTRIES, L.L.C.**, a New Jersey limited liability company with offices located at 72 Burroughs Place, Bloomfield, New Jersey 07003, (hereinafter referred to as "Grantors")

And

**MARINIER'S BANK**, a New Jersey banking corporation, with offices located at 935 River Road, Edgewater, New Jersey 07020, (hereinafter referred to as "Grantee")

*WITNESSETH*, that the Grantors, for and in consideration of the avoidance of foreclosure proceedings and the sum of ONE DOLLAR ($1.00) AND 00/100 cents lawful money in the United States of America well and truly paid to the said Grantors by the Grantee, at and before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, had granted, bargained, sold, aliened, released, conveyed and confirmed and by these presents does grant, bargain, sell, align, release, convey and confirm unto the Grantee, his heirs and assigns,

ALL THAT CERTAIN tract or parcel of land situate in the **CITY OF NEWARK, COUNTY OF ESSEX AND STATE OF NEW JERSEY**, commonly known as 474-476 Irvine Turner Boulevard, Newark, New Jersey and more particularly described in Schedule "A" attached hereto and made a part hereof. Also known on the Tax Map as follows: **Block 2702, Lot 7.**

The Property consists of the land and all building and structures on the land as described herein and on Schedule "A".

**UNDER AND SUBJECT** to the following Mortgage:

1. In the original amount of $800,000.00 dated July 2, 2007 and recorded July 12, 2007 in the Essex County Clerk's Office in Mortgage Book 12070 at Page 5397.

AND default having been made in the payment of principal and interest on said Mortgages and Notes accompanying same, and for the purpose of avoiding foreclosure proceedings, it is the intention of the Grantors to convey all of its rights, title and interest in the equity of redemption in said land and premises to the Grantee, its successors and assigns which is to be accepted by the said Grantee in full settlement of said Mortgage indebtedness on the part of the Grantors herein provided that there are no judgments, mortgages conveyances or other liens or claims of record which affect the title to said premises, or may be considered as a cloud upon the title thereto, before this deed is recorded; and that no assignment for the benefit of creditors is made by the Grantors within two years and no petition in bankruptcy or debtors petition under the Bankruptcy code is filed by or against the Grantors within one year from the date of record of this Deed.

In the event of the happening of any of the contingencies mentioned in the above provisions, the right of the Grantee in the Notes and Mortgages so held by it shall not be deemed to have been extinguished and merged by the acceptance and recording of this Deed, but shall be and remain in full force and effect.

**ALSO UNDER AND SUBJECT** to any and all easements, rights and restrictions of record.

## SCHEDULE A

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Newark, County of Essex, State of New Jersey:

BEGINNING on the West side of Irvine Turner Boulevard (formerly known as Belmont Avenue) at a point distant 158.87 feet South from the southwest corner of Bigelow Street and Irvine Turner Boulevard; thence

(1) Running South along Irvine Turner Boulevard 33.63 feet; thence

(2) West and parallel with Bigelow Street 135 feet; thence

(3) North and parallel with Irvine Turner Boulevard 33.63 feet; thence

(4) East and parallel with Bigelow Street 135 feet to the point and place of BEGINNING.

NOTE: Shown and designated as Block 2702, Tax Lot(s) 7, on the current and official tax map of the City of Newark, County of Essex, State of New Jersey.

GIT/REP-3
(6-10)



# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s)
ROSMAR INDUSTRIES, LLC by:

Current Resident Address:

Street: 72 Burroughs Place

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Bloomfield | NJ | 07003 |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 2702 | 7 | |

Street Address:
474-476 Irvine Turner Boulevard

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| NEWARK | NJ | |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 100% | 1.00 | |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 8 apply to Residents and Non-residents)

1. ☐ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☒ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).

   ☐ No non-like kind property received.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

5-19-11
Date

Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

_____
Date

_____
Signature
(Seller) Please Indicate if Power of Attorney or Attorney in Fact

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY

COUNTY   BERGEN    } SS.   County Municipal Code  0714

FOR RECORDER'S USE ONLY
Consideration $ 1.00
RTF paid by seller $ -0-
Date 5/11/11   By [signature]
*Use symbol "*" to indicate that fee is exclusively for county use.

MUNICIPALITY OF PROPERTY LOCATION  NEWARK

(1) **PARTY OR LEGAL REPRESENTATIVE** (Instructions #3 and #4 on reverse side)

Deponent, Jose B. Martinez, being duly sworn according to law upon his/her oath, deposes and says that he/she is the Member of Grantor in a deed dated May 19, 2011 transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number 2702   Lot number 7   located at
474-476 Irvine Turner Boulevard, Newark, NJ 07102   and annexed thereto.
(Street Address, Town)

(2) **CONSIDERATION** $ 1.00 (Instructions #1 and #5 on reverse side) [X] no prior mortgage to which property is subject.

(3) Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

(3A) **REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:**
(Instructions #5A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

(4) **FULL EXEMPTION FROM FEE** (Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
Solely in order to provide or release security for a debt or obligation.

(5) **PARTIAL EXEMPTION FROM FEE** (Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN   Grantor(s) [ ] 62 years of age or over.* (Instruction #9 on reverse side for A or B)
B. { BLIND PERSON   Grantor(s) [ ] legally blind or; *
    DISABLED PERSON Grantor(s) [ ] permanently and totally disabled [ ] receiving disability payments [ ] not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
[ ] Owned and occupied by grantor(s) at time of sale.   [ ] Resident of State of New Jersey.
[ ] One or two-family residential premises.             [ ] Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side)
[ ] Affordable according to H.U.D. standards.   [ ] Reserved for occupancy.
[ ] Meets income requirements of region.        [ ] Subject to resale controls.

(6) **NEW CONSTRUCTION** (Instructions #2, #10, #12 on reverse side)
[ ] Entirely new improvement.     [ ] Not previously occupied.
[ ] Not previously used for any purpose.   [ ] "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

(7) **RELATED LEGAL ENTITIES TO LEGAL ENTITIES** (Instructions #5, #12, #14 on reverse side)
[ ] No prior mortgage assumed or to which property is subject at time of sale.
[ ] No contributions to capital by either grantor or grantee legal entity.
[ ] No stock or money exchanged by or between grantor or grantee legal entities.

(8) Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 19 day of May, 20 11

[signature]
Edward S. Seradzky, Esq.
An Attorney at Law of NJ

[signature] Jose B. Martinez
Signature of Deponent

Deponent Address
xxx-xxx- 207
Last three digits in Grantor's Social Security Number

ROSMAR INDUSTRIES, LLC
Grantor Name

72 Burroughs Pl., Bloomfield, NJ
Grantor Address at Time of Sale

Name/Company of Settlement Officer

FOR OFFICIAL USE ONLY   ESSEX
Instrument Number 11065512   County
Deed Number                  Book 12233  Page K570
Deed Dated  5/19/11          Date Recorded 6/17/11

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and it may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division's website at: www.state.nj.us/treasury/taxation/lpt/localtax.shtml.

The Grantors sign this Deed as of the date on the top of the first page.

Witness:            Grantor:
                       ROSMAR INDUSTRIES, L.L.C.

_____     By: _____
Edward S. Seradzky               Jose B. Martinez, Managing Member

STATE OF NEW JERSEY )
                      ) ss:
COUNTY OF BERGEN )

On this 19th day of May, 2011, before me, the subscriber, personally appeared Jose B. Martinez, who, I am satisfied, signed the within instrument as MANAGING MEMBER of the Company named therein, and he thereupon acknowledged that the said instrument made by the company and sealed with its corporate seal, and delivered by him as such MANAGING MEMBERS and is the voluntary act and deed of the company, made by virtue of authority from its members and made this Deed for less than One Hundred and 00/100 ($100.00) Dollars as the fully and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5).

_____
Edward S. Seradzky, Esq.
An Attorney at Law of New Jersey

RECORD AND RETURN TO:

ARONSOHN WEINER & SALERNO
263 MAIN STREET
HACKENSACK, NJ 07601

| RECORDING INFORMATION SHEET | | ESSEX COUNTY REGISTER'S OFFICE<br>HALL OF RECORDS, ROOM 130<br>465 MARTIN LUTHER KING Jr. Blvd<br>NEWARK NJ 07102 | |
|---|---|---|---|
| INSTRUMENT NUMBER:<br>11058540 | | DOCUMENT TYPE:<br>DEED | |
| Official Use Only | Return Address *(for recorded documents)*<br>ARONSOHN WEINER & SALERNO<br>263 MAIN STREET<br>HACKENSACK NJ 07601 | | |
| PHILIP THIGPEN, REGISTER<br>ESSEX COUNTY, NJ<br>INSTRUMENT NUMBER<br>11058540<br>RECORDED ON<br>August 17, 2011  12:40 pm<br>BOOK:12323  PAGE:8568<br>LJ | | | |
| | No. Of Pages *(excluding Summary Sheet)* | | 5 |
| | Recording Fee *(excluding Transfer Tax)* | | $80.00 |
| | Realty Transfer Tax | | $0.00 |
| | Amount Charged    (Check # 3681) | | $80.00 |
| CONSIDERATION (E) $1.00 | Municipality | EAST ORANGE | |
| MAIL COPY _____<br>NO COPY _____<br>ENVELOPE _____ | Parcel Information | Block    363<br>Lot    1 | |
| | First Party Name | DMR PROPERTIES LLC | |
| | Second Party Name | MARINIERS BANK | |
| ADDITIONAL STAMPINGS _____ | Additional Information (Official Use Only) | | |

****************************** *DO NOT REMOVE THIS PAGE.* ******************************
*COVER SHEET (DOCUMENT SUMMARY FORM) IS PART OF ESSEX COUNTY FILING RECORD*
******************** *RETAIN THIS PAGE FOR FUTURE REFERENCE.* ********************

Prepared by:

_____
Gerald R. Salerno, Esq.

# DEED IN LIEU OF FORECLOSURE

THIS INDENTURE, dated this 19th day of MAY, 2011

Made by **DMR PROPERTIES, LIMITED LIABILITY COMPANY**, a New Jersey limited liability company with offices located at 261 Broad Street, Bloomfield, New Jersey 07003, (hereinafter referred to as "Grantors")

And

**MARINIER'S BANK**, a New Jersey banking corporation, with offices located at 935 River Road, Edgewater, New Jersey 07020, (hereinafter referred to as "Grantee")

*WITNESSETH*, that the Grantors, for and in consideration of the avoidance of foreclosure proceedings and the sum of ONE DOLLAR ($1.00) AND 00/100 cents lawful money in the United States of America well and truly paid to the said Grantors by the Grantee, at and before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, had granted, bargained, sold, aliened, released, conveyed and confirmed and by these presents does grant, bargain, sell, align, release, convey and confirm unto the Grantee, his heirs and assigns,

ALL THAT CERTAIN tract or parcel of land situate in the **CITY OF EAST ORANGE, COUNTY OF ESSEX AND STATE OF NEW JERSEY**, commonly known as **75 North Walnut Street, East Orange, New Jersey** and more particularly described in Schedule "A" attached hereto and made a part hereof. Also known on the Tax Map as follows: **Block 363, Lot 1.**

The Property consists of the land and all building and structures on the land as described herein and on Schedule "A".

**UNDER AND SUBJECT** to the following Mortgages:

1. In the original amount of $1,850,000.00 dated May 4, 2007 and recorded in the Essex County Clerk's Office on May 16, 2007 in Mortgage Book 12055 at Page 3138;

2. In the original amount of $100,000.00 dated May 4, 2007 and recorded in the Essex County Clerk's Office on May 16, 2007 in Book 12055 at Page 3180;

AND default having been made in the payment of principal and interest on said Mortgages and Notes accompanying same, and for the purpose of avoiding foreclosure proceedings, it is the intention of the Grantors to convey all of its rights, title and interest in the equity of redemption in said land and premises to the Grantee, its successors and assigns which is to be accepted by the said Grantee in full settlement of said Mortgage indebtedness on the part of the Grantors herein provided that there are no judgments, mortgages conveyances or other liens or claims of record which affect the title to said premises, or may be considered as a cloud upon the title thereto, before this deed is recorded; and that no assignment for the benefit of creditors is made by the Grantors within two years and no petition in bankruptcy or debtors petition under the Bankruptcy code is filed by or against the Grantors within one year from the date of record of this Deed.

In the event of the happening of any of the contingencies mentioned in the above provisions, the right of the Grantee in the Notes and Mortgages so held by it shall not be deemed to have been extinguished and merged by the acceptance and recording of this Deed, but shall be and remain in full force and effect.



GIT/REP-3
(6-10)

# State of New Jersey
## SELLER'S RESIDENCY CERTIFICATION/EXEMPTION
(C.55, P.L. 2004)

(Please Print or Type)

### SELLER(S) INFORMATION (See Instructions, Page 2)

Name(s)
DMR PROPERTIES, LIMITED LIABILITY COMPANY BY Jose Rosario, Manager

Current Resident Address:

Street: 261 Broad Street

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| Bloomfield | NJ | 07003 |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 363 | 1 | |

Street Address:
75 North Walnut Street

| City, Town, Post Office | State | Zip Code |
|---|---|---|
| East Orange | NJ | |

| Seller's Percentage of Ownership | Consideration | Closing Date |
|---|---|---|
| 100% | 1.00 | |

### SELLER ASSURANCES (Check the Appropriate Box) (Boxes 2 through 8 apply to Residents and Non-residents)

1. ☐ I am a resident taxpayer (individual, estate, or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☒ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:1-1 et seq.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).

   ☐ No non-like kind property received.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

### SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

5-19-11
Date

_____
Signature
(Seller) Please indicate if Power of Attorney or Attorney in Fact

_____       _____
Date                                              Signature
                                                  (Seller) Please indicate if Power of Attorney or Attorney in Fact

LEGAL DESCRIPTION.

All that certain tract, lot and parcel of land lying and being in the City of East Orange, County of Essex, State of New Jersey being more particularly described as follows:

BEGINNING AT THE POINT OF INTERSECTION OF THE NORTHWESTERLY LINE OF NORTH WALNUT STREET AND THE NORTHEASTERLY LINE OF WILLIAM STREET;

THENCE ALONG THE SAID LINE OF NORTH WALNUT STREET, NORTH 37 DEGREES 00 MINUTES EAST 138 FEET;

THENCE NORTH 57 DEGREES 11 MINUTES 30 SECONDS WEST 152.15 FEET;

THENCE SOUTH 33 DEGREES 36 MINUTES 37 SECONDS WEST 138.29 FEET TO THE AFOREMENTIONED LINE OF WILLIAM STREET;

THENCE ALONG THE SAME SOUTH 57 DEGREES 27 MINUTES EAST 144 FEET TO THE POINT OR PLACE OF BEGINNING.

THE ABOVE DESCRIPTION IS IN ACCORDANCE WITH A SURVEY MADE BY LAND LOVERS, INC. DATED APRIL 25, 2007.

THE ABOVE PREMISES IS ALSO KNOWN AS LOT 1 IN BLOCK 363 ON THE OFFICIAL TAX MAP OF THE CITY OF EAST ORANGE, ESSEX COUNTY, NEW JERSEY. (REPORTED FOR INFORMATION ONLY)

RTF-1 (Rev. 7/14/10)
MUST SUBMIT IN DUPLICATE
STATE OF NEW JERSEY
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY

COUNTY  __Essex__  }SS.  County Municipal Code __0705__

FOR RECORDER'S USE ONLY
Consideration $ _____
RTF paid by seller $ _____
Date 8/17/11  By _____
*Use symbol "C" to indicate that fee is exclusively for county use.

MUNICIPALITY OF PROPERTY LOCATION __East Orange__

**(1) PARTY OR LEGAL REPRESENTATIVE** *(Instructions #3 and #4 on reverse side)*

Deponent, __Jose Rosario__ (Name), being duly sworn according to law upon his/her oath, deposes and says that he/she is the __Manager of Grantor__ in a deed dated __May 19, 2011__ transferring
(Grantor, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.)

real property identified as Block number __363__ Lot number __1__ located at
__75 North Walnut Street, East Orange, NJ 07017__ and annexed thereto.
(Street Address, Town)

**(2) CONSIDERATION** $ __1.00__ *(Instructions #1 and #5 on reverse side)* ☒ no prior mortgage to which property is subject.

**(3)** Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

**(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:**
*(Instructions #5A and #7 on reverse side)*
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$ _____ ÷ _____ % = $ _____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** *(Instruction #8 on reverse side)*
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
__Solely in order to provide or release security for a debt or obligation.__

**(5) PARTIAL EXEMPTION FROM FEE** *(Instruction #9 on reverse side)*
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A.   SENIOR CITIZEN    Grantor(s) ☐ 62 years of age or over.* *(Instruction #9 on reverse side for A or B)*
B.   { BLIND PERSON     Grantor(s) ☐ legally blind or; *
     { DISABLED PERSON  Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.      ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.                ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY.

C.   LOW AND MODERATE INCOME HOUSING *(Instruction #9 on reverse side)*
     ☐ Affordable according to H.U.D. standards.          ☐ Reserved for occupancy.
     ☐ Meets income requirements of region.               ☐ Subject to resale controls.

**(6) NEW CONSTRUCTION** *(Instructions #2, #10, #12 on reverse side)*
☐ Entirely new improvement.          ☐ Not previously occupied.
☐ Not previously used for any purpose. ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed.

**(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES** *(Instructions #5, #12, #14 on reverse side)*
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

**(8)** Deponent makes this Affidavit to induce county clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this __19__ day of __MAY__, 20__11__

_____
Edward S. Seradzky, Esq.
An attorney at law of NJ

_____
Signature of Deponent

_____
Deponent Address

XXX-XXX-__533__
Last three digits in Grantor's Social Security Number

DMR PROPERTIES, LLC
Grantor Name

261 Broad St., Bloomfield, NJ
Grantor Address at Time of Sale

_____
Name/Company of Settlement Officer

FOR OFFICIAL USE ONLY
Instrument Number __11058540__  County __Essex__
Deed Number _____  Book __12313__  Page __8508__
Deed Dated __5/19/11__  Date Recorded __8/17/11__

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to: STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and it may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division's website at www.state.nj.us/treasury/taxation/lpt/localtax.shtml.

**ALSO UNDER AND SUBJECT** to any and all easements, rights and restrictions of record.

The Grantors sign this Deed as of the date on the top of the first page.

Witness:  Grantor:
            DMR PROPERTIES, LIMITED
LIABILITY COMPANY

_____  By: _____
Edward Seradzky, Esq.         Jose Rosario, Manager


STATE OF NEW JERSEY )
                    ) ss:
COUNTY OF BERGEN    )

On this 19th day of May, 2011, before me, the subscriber, personally appeared Jose Rosario, who, I am satisfied, signed the within instrument as Manager of the Company named therein, and he thereupon acknowledged that the said instrument made by the company and sealed with its corporate seal, and delivered by him as such Manager and is the voluntary act and deed of the company, made by virtue of authority from its members.

_____
Edward Seradzky, Esq.
An Attorney at Law of New Jersey


RECORD AND RETURN TO:

ARONSOHN WEINER & SALERNO
263 MAIN STREET
HACKENSACK, NJ 07601